UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-MJ-1089-RN

IN THE MATTER OF THE )
APPLICATION OF THE UNITED )
STATES OF AMERICA FOR A SEARCH )
WARRANT FOR THE CELLULAR ) ORDER TO SEAL
TELEPHONE ASSIGNED CALL NUMBER ) MOTION TO DELAY NOTICE
(919) 491-7750, WITH )
INTERNATIONAL MOBILE )
SUBSCRIBER IDENTITY )
310410785849154, THAT IS )
STORED AT PREMISES CONTROLLED )
BY AT&T )

Upon Motion of the United States, it is hereby ORDERED that the Motion to Delay Notice, Order to Delay Notice, this Motion to Seal, and corresponding Order to Seal the same, in the above-captioned matter, be sealed until such time as unsealed by the Court.

It is FURTHER ORDERED that the Clerk of Court provide a signed copy of the Motion to Delay Notice, Order to Delay Notice, this Motion to Seal, and corresponding Order to Seal the same, to the United States Attorney's Office.

This, the 28 day of March, 2016.

JAMES E. GATES
United States Magistrate Judge