UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
MAR 28 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

NO. 5:16-MJ-1089-RN

IN THE MATTER OF THE )
APPLICATION OF THE UNITED )
STATES OF AMERICA FOR A SEARCH )
WARRANT FOR THE CELLULAR ) ORDER TO DELAY NOTICE
TELEPHONE ASSIGNED CALL NUMBER ) (UNDER SEAL)
(919) 491-7750, WITH )
INTERNATIONAL MOBILE )
SUBSCRIBER IDENTITY )
310410785849154, THAT IS )
STORED AT PREMISES CONTROLLED )
BY AT&T )

Upon motion of the United States of America, and for good cause shown, pursuant to Title 18 U.S.C. § 3103a(c), the required notice to the person whose cellular telephone was searched in the above-captioned matter, and other such parties, is hereby ORDERED to be delayed until July 9, 2016.

This, the 28 day of March, 2016.

JAMES E. GATES
United States Magistrate Judge